## TURILL agt. PHIPS

Daniel Turill junio$^r$ plaint. agt. William Phips Def$^t$ in an action of debt of thirteen pounds nine Shillings in mony due to s$^d$ Turell as shalbee made appeare by sufficient Evidence with all other due damages according to attachm$^t$ [ 440 ]. . . . The Jury . . . found for the plaintife thirteen pound nine Shillings mony and costs of Court.

## CLARKE agt YALE

Thomas Clarke of Boston merchant plaint. ag$^t$ David Yale Defend$^t$ in an action of the case upon acco$^t$ for witholding of a debt of about two hundred pounds, with forbearance and other due damages according to attachm$^t$ This action being continued from the last County Court and the acco$^t$ referred to an audit: and being now called . . . The Jury . . . found for the plaintife one hundred Forty five pound thirteen Shillings four pence halfe penny ballance of account & costs of Court thirty Shillings and nine pence.

Execution issued May. 7° 1677.